IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06-cr-298-WKW |
| ) | |
| REGINALD LASHAWN SAWYER ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE SUSAN RUSS WALKER, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Reginald Lashawn Sawyer now in custody of Montgomery County Jail, Montgomery, Alabama, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on January 31, 2007, at 10:00 a.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Montgomery County Jail, Montgomery, Alabama, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on January 31, 2007, at 10:00 a.m.

Respectfully submitted this the 28th of December, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | CR. NO. 2:06-cr-298-WKW |
| ) | |
| REGINALD LASHAWN SAWYER ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed December 28, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Montgomery County Jail, Montgomery, Alabama, commanding it to deliver Reginald Lashawn Sawyer to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on January 31, 2007, at 10:00 am, and to return the prisoner to said official when the court shall have finished with him.

DONE this the _____ day of _____, _____.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE