IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | CASE NUMBER: 2:06cr298-WKW |
| ) | |
| REGINALD LASHAWN SAWYER ) | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  THE WARDEN AND/OR KEEPER OF THE  MONTGOMERY COUNTY JAIL
                                 AT  MONTGOMERY, ALABAMA

and

TO:  THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
     OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **REGINALD LASHAWN SAWYER,** a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at Courtroom **5-A** of said Court, in the City of **MONTGOMERY, ALABAMA,** on **January 31, 2007**, at **10:00 a.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the 28th day of December, 2006.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: _____
    Deputy Clerk