```
          IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr298-WKW |
| | ) | |
| REGINALD LASHAWN SAWYER | ) | |

### UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, John T. Harmon, and enters his notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this 12th day of January, 2007.

```
                       FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY


                       /s/John T. Harmon
                       John T. Harmon
                       Assistant United States Attorney
                       Office of the United States Attorney
                       Middle District of Alabama
                       One Court Square, Suite 201 (36104)
                       Post Office Box 197
                       Montgomery, Alabama 36101-0197
                       Telephone:(334) 223-7280
                       Facsimile:(334) 223-7560
                       E-mail: John.Harmon@usdoj.gov
                       Bar Number: 7068-II58J
```

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2007, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Verne Speirs.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney