COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE  DATE: 1/31/07
☐ BOND HEARING
☐ DETENTION HEARING  DIGITAL Recording : 10:21 - 10:32
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

**PRESIDING MAG. JUDGE:** Wallace Capel, Jr.  **DEPUTY CLERK:** Wanda Robinson
**CASE NO:** 2:06cr298-WKW  **DEFENDANT NAME:** Reginald Lashawn Sawyer
**AUSA:** Verne Speirs  **DEFT. ATTY:** Kevin Butler

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD

**PTSO:** _____  **USPO:** _____

Defendant ( ) does; (√ )does NOT need an interpreter
Interpreter present (√ ) NO; ( ) YES   Name:

| | |
|---|---|
| ☐ | Date of Arrest or ☐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges.  Prob/Sup Rel Violator |
| √ | Deft First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel |
| √ | Financial Affidavit executed √ *ORAL MOTION FOR APPT OF COUNSEL* |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel.  Has retained |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered.  Deft advised of conditions of release |
| ☐ | BOND EXECUTED (M/D AL charges) $. |
| ☐ | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed.  Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √HELD. Plea of NOT GUILTY entered.  ☐ Set for |
| √ | DISCOVERY DISCLOSURE DATE:  1/31/07 |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |
| √ | **CRIMINAL TERM:** 4/23/07  Due to numerous charges, penalty range (life) and investigation of pretrial resolution     **Pretrial**: 2/16/07   **Plea by**: 4/11/07 |