IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr298-WKW |
| | ) | |
| REGINALD LASHAWN SAWYER | ) | |

**ORDER**

On January 31, 2007, REGINALD LASHAWN SAWYER, appeared for an initial appearance and arraignment on charges pending in this case pursuant to a writ of habeas corpus ad prosequendum.

Based on his current custody status on state charges and on counsel's oral consent to defendant's detention while detained by the state, the defendant is hereby detained pending further action of the court on any subsequent motion for detention and hearing thereof in this matter.

DONE, this 1st day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE