IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr298-WKW |
| | ) | |
| REGINALD LASHAWN SAWYER | ) | |

<u>MOTION TO STRIKE FORFEITURE ALLEGATION - 1</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves the Court to strike "Forfeiture Allegation - 1" from the indictment returned December 13, 2006.

The $3,000.00 in United States currency seized from defendant on October 8, 2006 was disposed of through administrative forfeiture proceedings on January 22, 2007.

A proposed Order is filed herewith.

Respectfully submitted this 2nd day of February, 2007.

                                            FOR THE UNITED STATES ATTORNEY
                                                   LEURA G. CANARY

                                      /s/John T. Harmon
                                      John T. Harmon
                                      Assistant United States Attorney
                                      Bar Number: 7068-II58J
                                      Office of the United States Attorney
                                      Middle District of Alabama
                                      One Court Square, Suite 201
                                      Montgomery, Alabama 36104
                                      Telephone:(334) 223-7280
                                      Facsimile:(334) 223-7560
                                      E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2007, I electronically filed the foregoing Motion to Strike Forfeiture Allegation-1 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Verne H. Speirs** and **Donnie Wayne Bethel**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr298-WKW |
| ) | |
| REGINALD LASHAWN SAWYER ) | |

<u>O R D E R</u>

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that "Forfeiture Allegation - 1" is hereby stricken.

DONE this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE