UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:06-cr-00298-WKW |
| ) | |
| REGINALD LASHAWN SAWYER, ) | |

## **ORDER**

Upon consideration of the government's Motion to Strike Forfeiture Allegation -- 1 (Doc. # 13), and for good cause shown, it is ORDERED that the motion is GRANTED and "Forefeiture Allegation -- 1" is hereby stricken from the Indictment.

DONE this 7th day of February, 2007.

                                         /s/  W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE