COURTROOM DEPUTY'S MINUTES								DATE: February 20, 2007

MIDDLE DISTRICT OF ALABAMA						Digital Recording: 3:30 - 3:31

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Susan Russ Walker			**DEPUTY CLERK:** Joyce Taylor

**CASE NUMBER:** 2:06cr298-WKW			**DEFENDANT(S)** Reginald Lashawn Sawyer

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs | * | |
| | * | Donnie Bethel |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
    Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Preliminary plea discussions
    Notice of intent to change plea to be filed on or before noon on April 11, 2007

☐ **TRIAL STATUS**
    Trial time - 2 days

☐ **REMARKS:**