# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### OFFICE OF THE CLERK
#### POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
    TELEPHONE:
     CLERK
334 954-3600

April 11, 2007

# NOTICE

**TO:  ALL COUNSEL OF RECORD:**

You are hereby notified that the jury list and jurors' profiles for the term of court beginning   April 23, 2007  will  be available at 3:30 p.m. on April 20, 2007, in the Jury Assembly Room (B-108), first floor, Frank M. Johnson, Jr. United States Courthouse Annex, One Church Street, Montgomery, Alabama. The Court instructs counsel that the profiles are **CONFIDENTIAL DOCUMENTS** and should be treated as such.  The information will now be provided in electronic media (disc) only.   Counsel MUST return ALL discs to the Courtroom Deputy on the morning of jury selection.

The attached Juror Questionnaire Certification must be signed by counsel of record. If counsel designates an alternate person to obtain the juror profiles the designee must also sign the Juror Questionnaire Certification. The Juror Questionnaire Certification must be submitted to the Jury Administrator/Clerk's office at the time the juror profiles are obtained. (This document can be found on our website at <u>www.almd.uscourts.gov</u>).

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN  DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  2:06cr298-WKW** |
| | ) | |
| **REGINALD LASHAWN SAWYER** | ) | |
| **Defendant.** | ) | |

### JUROR QUESTIONNAIRE CERTIFICATION

I, _____, counsel for _____, do

hereby  certify that I will keep confidential the information contained in the juror questionnaires

and that I agree to be responsible for their receipt, review, maintenance, and  destruction.  No

copies of the questionnaires will be allowed to leave my office, either electronically or in hard copy.

Upon completion of the empaneling of the jury I will ensure that all copies  (including electronic

copies) of the questionnaires of all jurors, including the questionnaires of  the jurors selected to

serve, are immediately destroyed and the disc is returned to the court at the time of jury selection.

I, the undersigned, make this representation with the understanding that any

dissemination of juror information, either intentional or negligent, will subject me and my client

to sanction as a violation of this court's instructions to keep all juror information confidential.

I, the undersigned, authorize my staff to obtain on my behalf the juror

questionnaires and certify that they will keep confidential the information contained in the juror

questionnaires.

**Signature of Counsel of Record:** _____
**Printed Name of Counsel of Record:**  _____
**Date:** _____

**If applicable, signature of Person Obtaining Questionnaires:** _____
**Printed Name of Person Obtaining Questionnaires:** _____
**Date:** _____

U.S. District Court
Alabama Middle District
Calendar Events Set For **4/23/2007**
Judge William Keith Watkins, Presiding

**JURY SELECTION - JURY TRIAL**

**USA VS.  REGINALD LASHAWN SAWYER - 2:06cr298-WKW**

John T. Harmon and Verne H. Speirs representing USA (Plaintiff)

Donnie Wayne Bethel representing Reginald Lashawn Sawyer (Defendant)

PO      Jeffery Lee

12/13/06      Indictment filed - Cts. 1-5

1/31/07      Not Guilty plea entered - Cts. 1-5

# IN THE UNITED STATES DISTRICT COURT FOR THE

# MIDDLE DISTRICT OF ALABAMA

# NOTICE

The law requires that defendants in criminal cases be provided clothing other than prison attire at the time of trial.

It is the responsibility of the attorney who is retained or appointed to represent a defendant to make sure that suitable clothing is available at least one hour prior to jury selection at the lockup where the prisoner is held.

If an attorney is appointed under the Criminal Justice Act and neither the prisoner nor his family can provide clothing, the attorney should advise the court at least four days prior to jury selection in order that the court can make arrangements that such clothing is provided.