**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 20, 2007

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** USA vs. Reginald Lashawn Sawyer

**Case Number:** 2:06cr298-MEF
Document #22

This Notice of Correction has been filed in the above referenced case to notice parties that the entry was docketed in error.  This case has been continued to the 8/6/2007 term.