IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.  2:06-cr-298-WKW |
| REGINALD LASHAWN SAWYER ) | |

### MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody REGINALD LASHAWN SAWYER, into the custody of HIDTA Agents Becky Sparkman, Eddie Spivey, ATF TFO Robert Green, MPD Officers Mike Drummond and/or T. D. James, on June 19, 2007, through November 30, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Agents Becky Sparkman, Eddie Spivey, Robert Green, Mike Drummond and/or T. D. James to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 19th day of June, 2007.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Verne H. Speirs
    VERNE H. SPEIRS
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280   Fax: (334)223-7135
    E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.   2:06-cr-298-WKW   |
| REGINALD LASHAWN SAWYER ) | |

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie W. Bethel, Esquire.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Verne H. Speirs
        VERNE H. SPEIRS
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280   Fax: (334)223-7135
        E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.  2:06-cr-298-WKW |
| REGINALD LASHAWN SAWYER ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #   ), filed on June 19, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of REGINALD LASHAWN SAWYER to HIDTA Agents Becky Sparkman, Eddie Spivey, ATF TFO Robert Green, MPD Officers Mike Drummond and/or T. D. James, on June 19, 2007, through November 30, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Agents Becky Sparkman, Eddie Spivey, Robert Green, Mike Drummond and/or T. D. James, on June 19, 2007, through November 30, 2007 shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE