IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.   2:06-cr-298-WKW |
| REGINALD LASHAWN SAWYER ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner (Doc. # 25), filed on June 19, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of REGINALD LASHAWN SAWYER to HIDTA Agents Becky Sparkman, Eddie Spivey, ATF TFO Robert Green, MPD Officers Mike Drummond and/or T. D. James, on June 19, 2007, through November 30, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Agents Becky Sparkman, Eddie Spivey, Robert Green, Mike Drummond and/or T. D. James, on June 19, 2007, through November 30, 2007 shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 19th day of June, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE