```
        IN THE UNITED STATES DISTRICT COURT FOR
            THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

UNITED STATES OF AMERICA )
)
     v. )   CR. NO. 2:06cr-298-WKW
)
REGINALD LASHAWN SAWYER )

<u>NOTICE OF INFORMATION TO ESTABLISH PRIOR CONVICTION</u>
<u>PURSUANT TO TITLE 21, UNITED STATES CODE, SECTION 851</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and provides this Honorable Court and Defendant Reginald Lashawn Sawyer with notice of information of a prior felony drug conviction for the purpose of increased punishment in accordance with Title 21, United States Code, Section 851.

Specifically, Defendant Sawyer was convicted of Unlawful Possession of Marijuana 1st Degree, on or about March 2, 2005, in the Circuit Court of Montgomery County, under case number CC-05-100.

The United States has provided the defendant with a certified copy of this previous conviction.

Respectfully submitted this 18th day of July, 2007.

                                 LEURA G. CANARY
                                 UNITED STATES ATTORNEY

                                 /s/ Verne H. Speirs
                                 VERNE H. SPEIRS
                                 Assistant United States Attorney
                                 131 Clayton Street
                                 Montgomery, Alabama 36104
                                 (334) 223-7280  (334) 223-7138 Fax
                                 verne.speirs@usdoj.gov

```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
        v.                    )    CR. NO:2:06cr-298-WKW
                              )
REGINALD LASHAWN SAWYER       )
```

CERTIFICATE OF SERVICE

I hereby certify that on July 18th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Wayne Bethel.

        Respectfully submitted,

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Verne H. Speirs
        VERNE H. SPEIRS
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        (334) 223-7280
        (334) 223-7138 Fax
        verne.speirs@usdoj.gov