**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr298-WKW |
| | ) | |
| REGINALD LASHAWN SAWYER | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW the Defendant, **REGINALD LASHAWN SAWYER,** through undersigned counsel, Donnie W. Bethel, and moves this Honorable Court to continue the sentencing hearing now scheduled for October 24, 2007.

1. Mr. Sawyer's sentencing hearing is presently scheduled for October 24, 2007, at 9:45 a.m.

2. Mr. Sawyer's case involves the distribution of cocaine base.

3. On May 21, 2007, the United States Sentencing Commission submitted to Congress a proposed amendment to the United States Sentencing Guidelines which will reduce the base offense level for crimes involving cocaine base. If Congress does not reject the proposed amendment, it will become effective on November 1, 2007.

4. Therefore, Mr. Sawyer requests that his sentencing hearing be rescheduled after November 1, 2007

5. The United States, through Assistant United States Attorney Verne Speirs, does not oppose Mr. Sawyer's motion.

**WHEREFORE**, Mr. Sawyer respectfully requests that this Honorable Court grant his motion to continue his sentencing hearing.

Dated this 15th day of October, 2007.

        Respectfully submitted,

        s/ Donnie W. Bethel
        DONNIE W. BETHEL
        Assistant Federal Defender
        201 Monroe Street, Suite 407
        Montgomery, Alabama 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        E-mail:don_bethel@fd.org
        IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:06cr298-WKW |
| | ) | |
| REGINALD LASHAWN SAWYER | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Verne H. Speirs, Esq., Assistant United States Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49