IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:06-cr-0298-WKW |
| ) | |
| REGINALD LASHAWN SAWYER ) | |

**ORDER**

Upon consideration of the defendant's Unopposed Motion to Continue Sentencing Hearing (Doc. # 38), it is ORDERED that the motion is GRANTED. The sentencing hearing is CONTINUED from October 24, 2007, to **January 17, 2008, at 9:45 a.m.**

DONE this 18th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE