**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06cr298-WKW |
| ) | |
| REGINALD LASHAWN SAWYER ) | |

**SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW the Defendant, **REGINALD LASHAWN SAWYER,** through Undersigned Counsel, Donnie W. Bethel, and moves this Honorable Court to continue the sentencing hearing now scheduled for January 17, 2008.

1. Mr. Sawyer's sentencing hearing was originally scheduled for October 24, 2007. At Mr. Sawyer's request, that hearing was continued so that Mr. Sawyer could be sentenced after amendments to the United States Sentencing Guidelines revising the crack cocaine base offense levels became effective. Mr. Sawyer's sentencing hearing is presently scheduled for January 17, 2008, at 9:45 a.m.

2. The week of January 14, 2008, Undersigned Counsel will be in trial all week for two felony trials, United States v. Jason Simpson and United States v. Lawrence Dean. Immediately upon the conclusion of those trials, Undersigned Counsel will leave for Colorado, where he will attend the National Association of Criminal Defense Lawyer's Advanced Criminal Law Seminar, which will satisfy mandatory continuing legal education requirements. Undersigned Counsel will return to the Office of the Federal Defender on

Tuesday, January 29, 2008.

3. Undersigned Counsel has several trials set for the trial term that begins February 4, 2008. Therefore, Mr. Sawyer requests that his sentencing hearing be rescheduled after February 11, 2008.

5. The United States, through Assistant United States Attorney Verne Speirs, does not oppose Mr. Sawyer's motion.

**WHEREFORE**, Mr. Sawyer respectfully requests that this Honorable Court grant his motion to continue his sentencing hearing.

Dated this 7th day of January, 2008.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No.: 2:06cr298-WKW |
| | ) |
| REGINALD LASHAWN SAWYER | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Verne H. Speirs, Assistant United States Attorney.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49