IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
         v.                       )          Case No. 2:06-cr-0298-WKW
                                  )
REGINALD LASHAWN SAWYER           )

## ORDER

Upon consideration of the defendant's Second Unopposed Motion to Continue

Sentencing Hearing (Doc. # 41), it is ORDERED that the motion is GRANTED.  The

sentencing hearing is CONTINUED from January 17, 2008, to **February 15, 2008, at**

**10:15 a.m.**

DONE this 10th day of January, 2008.

                         /s/   W.  Keith Watkins
                         UNITED STATES DISTRICT JUDGE