IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
        v.                          )        Case No. 2:06-cr-0298-WKW
                                    )
REGINALD LASHAWN SAWYER             )

## **ORDER**

Upon consideration of the government's Motion to Add Publication Dates to Record

(Doc. # 50), it is ORDERED that the motion is GRANTED.

DONE this 19th day of March, 2008.

                    _____/s/  W.  Keith Watkins_____
                    UNITED STATES DISTRICT JUDGE